**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**MARLIN PALMA, ET AL**                                                                 **PLAINTIFFS**

vs.                                                                 **CIVIL ACTION NO.  3:16CV-457-CRS**

**ENRIQUE ROMAN, ET AL**                                                                 **DEFENDANTS**

## ORDER OF DISMISSAL

Magistrate Judge Dave Whalin having notified the Court of a settlement in this matter as a result of settlement negotiations conducted on November 16, 2017 (DN 67),

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice from the Court's docket with leave to reinstate within thirty (30) days if the settlement is not consummated.  Counsel may tender a supplemental order of dismissal if they so desire.

Dated:   November 21, 2017

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record